IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, vs. **RYAN DANIEL WELTER,** Defendant. | Case No. CR13-1018 **ORDER CANCELLING DETENTION HEARING AND ORDERING DEFENDANT DETAINED** |

This matter comes before the Court on the Government's motion for detention made at the Defendant's initial appearance before a judicial officer in this district. The Court set a hearing on the motion for October 18, 2013. However, on October 17, defense counsel filed a Waiver of Detention Hearing 18 §3142 (docket number 13) stating the Defendant "waive[s] his right to a detention hearing pursuant to 18 §3142(f)," reserving his right to request a hearing at a later date. The Court finds the detention hearing scheduled for October 18, 2013 should be cancelled.

### ORDER

IT IS THEREFORE ORDERED as follows:

1. The Detention Hearing currently scheduled for 1:30 p.m. on October 18, 2013 is hereby **CANCELLED**.

2. The Defendant is committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.

3. The Attorney General shall afford the Defendant reasonable opportunity for private consultation with counsel while detained.

DATED this 17th day of October, 2013.

_____
JON STUART SCOLES
CHIEF MAGISTRATE JUDGE
NORTHERN DISTRICT OF IOWA